UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AGUEDA O. ALVARADO, et al.,
    Plaintiffs,

v.

COUNTRYWIDE BANK, N.A., et al.,
    Defendants.

Case No. 14-cv-03528-JD

**ORDER TO SHOW CAUSE**

On August 5, 2014, pro se plaintiffs Agueda O. Alvarado and Hector Y. Alvarado filed a complaint against defendants Countrywide Bank, N.S., Wells Fargo Bank N.A., and Select Portfolio Servicing, Inc. Complaint, ECF No. 1. On September 2, 2014, Wells Fargo filed a motion to dismiss the complaint. *See* Mot. to Dismiss, ECF No. 6. Plaintiffs did not file a response to Wells Fargo's motion within the time period required by Civil Local Rule 7-3.

Plaintiffs are ordered to show cause why Wells Fargo's motion to dismiss should not be granted. Plaintiffs' response is due by November 12, 2014. If plaintiffs no longer intend to prosecute this case, they should file a notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a). Failure to respond to Wells Fargo's motion to dismiss may result in the motion being granted, and the action being dismissed for failure to prosecute.

The hearing on the motion to dismiss, which was set for November 5, 2014, at 9:30 a.m., is vacated.

**IT IS SO ORDERED**.

Dated: October 30, 2014

_____
JAMES DONATO
United States District Judge